UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RANDALL BURTCH,**

    Plaintiff,

                                         Civil No**.07-14884**
                                         Hon. John Feikens

    v.

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **11/18/2008**, and noted that no objections were filed by either party,

    **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                   **s/John Feikens**
                                                   John Feikens
                                                 United States District Judge

Dated:  January 7, 2009

| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 7, 2009. |
|---|
| s/Carol Cohron<br>Deputy Clerk |